# FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-17-0000600**
**09-JAN-2023**
**07:49 AM**
**Dkt. 99 ODMR**

NOS. CAAP-17-0000600 AND CAAP-17-0000925

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

**CAAP-17-0000600**
JEROME C. PAVE, Claimant, v. PRODUCTION PROCESSING, INC.,
Employer-Appellee/Appellee, and GALLAGHER BASSETT SERVICES,
INC., Insurance Carrier-Appellee/Appellee, and SPECIAL
COMPENSATION FUND, Appellant/Appellant
(CASE NO. AB 2015-011 (DCD No. 2-10-02936))

AND

**CAAP-17-0000925**
CLYDE A. DIAS, Claimant, v. ALTRES, INC., Employer-
Appellant/Appellee, and HAWAII EMPLOYERS' MUTUAL INSURANCE
COMPANY, Inc., Insurance Carrier-Appellant/Appellee, and
SPECIAL COMPENSATION FUND, Appellee/Appellant
(CASE NO. AB 2014-387 (DCD No. 2-08-08354))

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD

ORDER DENYING RECONSIDERATION
(By: Leonard, Presiding Judge, Hiraoka and Nakasone, JJ.)

Upon review of the motions for reconsideration filed on
January 3, 2023, by Employer-Appellee/Appellee Production
Processing, Inc. and Insurance Carrier-Appellee/Appellee
Gallagher Bassett Services, Inc. in No. CAAP-17-0000600, and by
Employer-Appellant/Appellee Altres, Inc. and Insurance Carrier-
Appellant/Appellee Hawaii Employers' Mutual Insurance Company,
Inc. in No. CAAP-17-0000925, the papers in support, and the
record, it appears that:

1.    Appellees move for reconsideration of our Opinion filed on December 22, 2022; and

2.    The motions present no point of law or fact we overlooked or misapprehended.  See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the motions for reconsideration are denied.

DATED:  Honolulu, Hawaiʻi, January 9, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Karen T. Nakasone
Associate Judge